WILLIAM C. BOOTH, Suing on Behalf of Himself and All Others Similarly Situated, Respondent, *v.* CITY OF NEW YORK et al., Appellants.

Argued June 4, 1946; decided July 23, 1946.

*John J. Bennett, Corporation Counsel (Isaac C. Donner, Solomon Portnow, Ira Wollison* and *Harry Katz* of counsel), for appellants.

*Timothy N. Pfeiffer* and *Rudolf B. Schlesinger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. Taking no part: THACHER and DYE, JJ.